# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker, | ) Case No. 8:21-cv-00181-JLS(JDEx) |
| Plaintiff(s), | ) ORDER STAYING ACTION PENDING FINAL |
| v. | ) SETTLEMENT, REMOVING CASE FROM |
| | ) ACTIVE CASELOAD, AND FILING OF |
| The Lovesac Company, | ) DISMISSAL |
| Defendant(s). | ) |

On April 5, 2021, Plaintiff filed a Notice of Settlement (Doc. 19), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed within sixty (60) days of this order.

The parties shall file a Stipulation of Dismissal no later than June 4, 2021 (the "Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time.

Until the Dismissal Date, the Court retains full jurisdiction over this action.

**All outstanding Orders to Show Cause are discharged.**

IT IS SO ORDERED.

DATED: April 05, 2021

JOSEPHINE L. STATON
———————————————
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE